AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Genufood Energy Enzymes Corp.,

          Plaintiff,

V.

Taiwan Cell Energy Enzymes Corporation,

          Defendant.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:13-cv-00435-RCJ-CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that DEFAULT judgment is entered in favor of Plaintiff Genufood Energy Enzymes Corp. and against Defendant Taiwan Cell Energy Enzymes Corporation in the amount of $150,170.50. Plaintiff is also entitled to an award of costs in the amount of $477.50.

February 18, 2014

Date

/s/ Lance S. Wilson

Clerk

/s/ Erin Smith

(By) Deputy Clerk